# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 5, 2019

**By the Court:**

| | |
|---|---|
| JORGE BAEZ-SANCHEZ,<br>Petitioner, | ] Petition for Review of<br>] an Order of the Board of<br>] Immigration Appeals. |
| No. 19-1642 v. | ] |
| | ] No. A206-017-181 |
| WILLIAM P. BARR, Attorney General<br>of the United States,<br>Respondent. | ]<br>]<br>] |

O R D E R

The section of petitioner's brief captioned "Jurisdiction" does not comply with Rule 28(a)(4) of the Federal Rules of Appellate Procedure which provides, in part, that a petitioner's brief contain a jurisdictional statement that includes:

> "(c) the filing dates establishing the timeliness of the appeal or petition for review...."

Petitioner's jurisdictional statement does not provide the date the petition for review was filed. Petitioner must provide this information. It is insufficient to state that it was "timely" filed. Accordingly,

IT IS ORDERED that petitioner file a paper captioned "Amended Jurisdictional Statement" on or before August 12, 2019, which contains a jurisdictional statement that complies with all the requirements of Circuit Rule 28(a)(4) and Circuit Rule 28(a), including the omitted information noted above.

IT IS FURTHER ORDERED, that the Clerk DISTRIBUTE, along with the briefs in this appeal, copies of this order and petitioner's "Amended Jurisdictional Statement" to the assigned merits panel.